◼ In the Matter of ANTHONY RUSSO, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [932 NYS2d 740]—

Petitioner commenced this CPLR article 78 proceeding challenging a September 2009 determination of the Board of Parole denying his request for parole release. Petitioner, however, has reappeared before the Board and the appeal is now moot (*see Matter of Davidson v Alexander*, 67 AD3d 1219, 1219 [2009]; *Matter of Bermudez v New York State Div. of Parole*, 281 AD2d 673 [2001]). Accordingly, it must be dismissed.

Rose, J.P., Kavanagh, Stein, McCarthy and Egan Jr., JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.